

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00020-CR

## EX PARTE
## LUIS ENRIQUE MIRANDA-HERNANDEZ

**From the County Court at Law No. 1
Brazos County, Texas
Trial Court No. 14-05412-CRM-CCL1**

## ABATEMENT ORDER

The appellant's brief is overdue in this appeal.

We abate this appeal to the trial court to conduct any necessary hearings within 21 days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by Texas Rule of Appellate Procedure 38.8(b)(2) and (3), if any, are ordered to be filed within 28 days of the date of this Order. *See id*.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal abated
Order issued and filed March 28, 2018

